

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00380-CV

| | | |
|---|---|---|
| ALISON MAGUIRE, KERI CARUTHERS, TRACY RUNNELS, AND EMILY MEISNER, Appellants | § | On Appeal from the 431st District Court |
| V. | | |
| ROSA RIOS, IN HER OFFICIAL CAPACITY AS CITY SECRETARY OF THE CITY OF DENTON, TEXAS; THE CITY OF DENTON, TEXAS; GERARD HUDSPETH, IN HIS OFFICIAL CAPACITY AS MAYOR OF THE CITY COUNCIL OF THE CITY OF DENTON, TEXAS; VICKI BYRD, BRIAN BECK, JESSE DAVIS, BRANDON CHASE-MCGEE AND CHRIS WATTS, IN THEIR OFFICIAL CAPACITIES AS CITY COUNCILMEMBERS OF THE CITY OF DENTON, TEXAS; AND FRANK PHILLIPS, IN HIS OFFICIAL CAPACITY AS DENTON COUNTY ELECTIONS ADMINISTRATOR, Appellees | § | of Denton County (22-4543-431) |
| | § | January 19, 2023 |
| | § | Per Curiam Memorandum Opinion |

## JUDGMENT ON REHEARING

We withdraw our December 22, 2022 opinion and judgment and substitute the following.

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the trial court's underlying orders are vacated and the appeal is dismissed as moot.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM